| | |
|---|---|
| 1 | MICHAEL E. DERGOSITS (State Bar No. 118206) |
| 2 | TEDDY K. JOE (State Bar No. 242589) |
| | DERGOSITS & NOAH, L.L.P. |
| 3 | Four Embarcadero Center, Suite 1450 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 705-6377 |
| | Facsimile:  (415) 750-6383 |
| 5 | Email: mdergosits@dergnoah.com |
| | Email: tjoe@dergnoah.com |

Edward W. Goldstein (TX Bar No. 08099500)
Alisa A. Lipski (TX Bar No. 24041345)
Goldstein, Faucett & Prebeg, LLP
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone: (713) 877-1515
Facsimile:  (713) 877-1737
Email: egoldstein@gfpiplaw.com

Attorneys for Plaintiff
ADVANCED BIOLOGICAL LABORATORIES S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED BIOLOGICAL LABORATORIES S.A., a Luxembourg limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, and ROBERT W. SHAFER, M.D.<br><br>Defendants. | Civil Action No.: CV 08 5399 JCS<br><br>~~PROPOSED~~ ORDER |

– 1 –

~~Propose~~d Order – Stipulation for Continuance
Civil Action No. CV 08 5399 JCS

1   Before the Court is the Parties Stipulation for Continuance of the Second Case

2   Management Conference. Having found good cause, a continuance is granted. The Second Case

3   Management Conference is hereby rescheduled for June 19, 2009.

4   IT IS SO ORDERED.

6   Dated:   May 27, 2009



JCS
United States Magistrate Judge

Proposed Order – Stipulation for Continuance
Civil Action No. CV 08 5399 JCS